IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 13-CR-30199-DRH |
| vs. | ) |
| | ) |
| DENNIS CHARLES TOENJES, SR., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

The attorney for the United States and the attorney for the Defendant have engaged in discussions and have stipulated to the following facts to support the plea of guilty in accordance with U.S.S.G. § 6B1.4.

1. On or about February 3, 2009, in Randolph and Madison Counties, within the Southern District of Illinois, and elsewhere, the defendant, being a public official, otherwise than as provided by law for the proper discharge of an official duty, did knowingly receive, accept, or agrees to receive or accept, anything of value personally for or because of any official act performed or to be performed by him.

2. Specifically, the defendant, who was a public official for the United States Air Force, received and accepted a gratuity from an owner of an asbestos abatement company which performed work on Scott Air Force Base. The company owner gave money to a car dealer on behalf and for the benefit of the defendant. The company owner would not have taken this action but for the defendant's position as a contracting official with the United States Air Force.

3. On February 3, 2009, the company owner made a payment, through money order, of $2,495.01 on behalf of the defendant, a public official, for the defendant's car repairs at a car dealership.

4. On or about February 26, 2009, the company owner made further payments of $3487.00 for heating and cooling work at the defendant's residence.

5. In 2009, the company owner made further payments of $3,400.00 for repairing, resurfacing and carpeting.

6. All payments made by the company owner to the defendant total $9,382.01.

**IT IS SO STIPULATED.**

_____
DENNIS CHARLES TOENJES, SR.
Defendant

UNITED STATES OF AMERICA
Plaintiff

_____
JASON A. KORNER
Attorney for Defendant

_____
WILLIAM E. COONAN
Assistant United States Attorney

Date: September 17, 2013

Date: 9-17, 2013